UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHELSEA BISHOP | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:12-cv-00524-HJW. |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | ) ) ) |
|     Defendant, | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHELSEA BISHOP, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 1st day of October, 2012.

BY:     */s/ Shawn Cormier-Warren*
SHAWN CORMIER-WARREN
Ohio Bar # 0069558
14834 Stillbrooke Drive
Strongville, OH 44136
Phone: (216)401-8714
Email: shawnlawmom@yahoo.com

*Attorney for Plaintiff*

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891