```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

CHELSEA BISHOP

    **Plaintiff**

    v.                        C-1-12-524

ACCOUNTS RECEIVABLE MANAGEMENT, INC.

    **Defendant**

## ORDER OF DISMISSAL

Counsel has advised the Court that the above action has been settled as to all claims;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

Counsel are advised that the deadline for filing a Joint Litigation Plan and the November 30, 2012 Preliminary Pretrial Conference are **VACATED.**

    **IT IS SO ORDERED.**

                                            s/Herman J. Weber

                                      Herman J. Weber, Senior Judge

                                      United States District Court